SEEGER WEISS
JONATHAN SHUB
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
Telephone: 212/564-2300
jshub@seegerweiss.com

COMPLEX LITIGATION GROUP LLC
JAMIE E. WEISS
JULIE D. MILLER
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
Telephone:  847/433-4500
Facsimile:   847/433-2500
jamie@complexlitgroup.com
julie@complexlitgroup.com

Attorneys for Plaintiff and the Proposed Class
in *Ruff v. Del Monte Corp.*, No. 3:12-cv-05251 SC

[Additional Counsel listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE S. RUFF, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL MONTE CORPORATION d/b/a DEL MONTE FOODS  and MILO'S KITCHEN, LLC,<br><br>Defendants.<br>_____ | Case No. C 12-05251 JSW<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ ORDER<br><br>DATE:    April 12, 2013<br>TIME:     9:00 a.m.<br>LOCATION:  Courtroom 11, 19th Floor |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~[PROPOSED]~~ ORDER

**GOOD CAUSE APPEARING**, the Court hereby grants the following relief:

WHEREFORE, on December 18, 2012, Plaintiff Maxine Ruff filed a motion for administrative relief to relate cases pursuant to Civil Local Rule 3-12 and to consolidate cases pursuant to Federal Rule of Civil Procedure 42(a) in the case *Langone v. Del Monte Corp Corporation, et al.*, 12-CV-04671-JSW ("*Langone*") (*Langone* Docket No. 6; "Motion to Consolidate"); and

WHEREFORE, on January 9, 2013, Defendants Del Monte Corporation and Milo's Kitchen, LLC filed their Opposition to Plaintiffs' Motion for Administrative Relief to Relate Cases Pursuant to Civil L.R. 3-12 and Consolidate Cases Pursuant to Fed. R. Civ. P. 42(a) in *Langone* (*Langone* Docket No. 15; "Opposition to Consolidation").  Defendants also filed their Motion to Stay Consideration of Plaintiffs Motion to Consolidate in *Langone* (*Langone* Docket No. 16; "Motion to Stay"), and incorporated the arguments set forth therein into their Opposition to Consolidation; and

WHEREFORE, on January 23, 2013, Plaintiffs filed their Opposition to Defendant Del Monte Corporation and Milo's Kitchen, LLC's Motion to Stay Consideration of Plaintiff Ruff's Motion to Consolidate in *Langone* (*Langone* Docket. No. 22); and

WHEREFORE, on January 24, 2013, this Court issued its Order Granting Motion and Stipulation to Relate; Denying Motion to Stay; and Order Setting Hearing Date on Pending Motions in *Langone* (*Langone* Docket No. 28), and on January 25, 2013 entered the same order in two additional cases ordered related to *Langone*, including the instant action *Ruff v. Del Monte Corporation, et al.*, 12-CV-05251-JSW ("*Ruff*") and *Funke v. Del Monte Corporation, et al.*,12-CV-05323-JSW ("*Funke*") (*Ruff* Docket No. 21; *Funke* Docket No. 16) (hereinafter, the "Order"), stating "Plaintiffs' administrative motion to consolidate is not a proper subject of an administrative motion. Because Defendants have filed an opposition, the Court shall not deny the motion on procedural grounds. Plaintiffs shall file a reply to the motion to consolidate by no later than February 8, 2013," denying Defendants' Motion to Stay, and further stating that "The Court shall

~~[PROPOSED]~~ ORDER – CASE NO. C 12-5251 JSW

1 | consider Plaintiffs' motion to consolidate in conjunction with the motions to transfer and dismiss

2 | in the *Ruff* case [] and the *Funke* case [] on Friday, April 12 2013, at 9:00 a.m."; and

3 |      WHEREFORE, on February 6, 2013, Plaintiffs filed their Reply to Defendants' Opposition

4 | to Motion to Consolidate (*Langone* Dkt. No. 34); and

5 |      WHEREFORE, on March 20, 2013, Plaintiffs filed an Administrative Motion Requesting

6 | Consideration of Motion to Consolidate concurrently with the Declaration of Edmund S.

7 | Aronowitz Re Administrative Motion Requesting Consideration of Motion to Consolidate;

8 |      IT IS HEREBY ORDERED THAT, Plaintiffs' Administrative Motion Requesting

9 | Consideration of Motion to Consolidate is GRANTED and the Court shall accordingly consider

10 | the Motion to Consolidate fully submitted without further motion or briefing by any party and

11 | shall hear and consider all motions, including Plaintiffs' motion to consolidate *Ruff v. Del Monte*

12 | *Corporation, et al.*, 12-CV-05251-JSW and *Funke v. Del Monte Corporation, et al.*,12-CV-05323-

13 | JSW with each other, on April 12, 2013 at 9:00 a.m.

14 |

15 | **IT IS SO ORDERED.**

16 |

17 |

18 | DATED: March 27, 2013

19 | THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE