GRANT & EISENHOFER, P.A.
ADAM J. LEVITT
EDMUND S. ARONOWITZ
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: 312/214-0000
Facsimile: 312/214/001
alevitt@gelaw.com
earonowitz@gelaw.com

COMPLEX LITIGATION GROUP LLC
JAMIE E. WEISS
JULIE D. MILLER
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
Telephone: 847/433-4500
Facsimile: 847/433-4200
jamie@complexlitgroup.com
julie@complexlitgroup.com

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXINE S. RUFF, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL MONTE CORPORATION d/b/a DEL MONTE FOODS and MILO'S KITCHEN, LLC,<br><br>Defendants. | Case No. C 12-05251 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINITFF MAXINE RUFF AND [PROPOSED] ORDER**<br><br>CLASS ACTION<br><br>Room:<br>Judge: Hon. Jeffrey S. White |

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF MAXINE RUFF – CASE NO. C 12-5251 JSW

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiff, Maxine Ruff, hereby substitutes Grant & Eisenhofer, P.A. in place of Wolf Haldenstein Adler Freeman & Herz LLP and Wolf Haldenstein Adler Freeman & Herz LLC as her counsel of record in this action.

The contact information for new counsel is as follows:

ADAM J. LEVITT
EDMUND S. ARONOWITZ
GRANT & EISENHOFER, P.A.
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: 312/214-0000
Facsimile: 312/214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

DATED: March 22, 2013

GRANT & EISENHOFER, P.A.
ADAM J. LEVITT
EDMUND S. ARONOWITZ

_____
EDMUND S. ARONOWITZ

30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: 312/214-0000
Facsimile: 312/214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

**CONSENT TO SUBSTITUTION**

Wolf Haldenstein Adler Freeman & Herz LLP and Wolf Haldenstein Adler Freeman & Herz LLC together hereby, by and through the undersigned, consent to this substitution.

Dated: March 22, 2013

By: _____
Betsy C. Manifold
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC

[PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: April 2, 2013

HONORABLE JEFFREY S. WHITE
~~UNITED STATES MAGISTRATE JUDGE~~
UNITED STATES DISTRICT JUDGE

DELMONTE:19667.NOT

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINITFF MAXINE RUFF – CASE NO. C 12-5251 JSW
- 2 -